In the Matter of the Application of the CITY OF NEW YORK, Respondent, to Acquire Real Estate in the Town of Yorktown, Westchester County, for Protection of Water Supply.

SARAH PERCY et al., Appellants.

(Argued June 21, 1932; decided July 19, 1932.)

*Lester D. Stickles, Chester B. McLaughlin* and *Ben J. Brown* for appellants.

*Arthur J. W. Hilly,* Corporation Counsel (*Frank T. Fitzgerald* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order. (*City of Johnstown* v. *Wade,* 157 N. Y. 50.) No opinion. (See 260 N. Y. 603.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.